**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**PANTHER MOUNTAIN LAND DEVELOPMENT, LLC, et al.**　　　　　**PLAINTIFFS**

v.　　　　　　　　　　　**No. 4:13-mc-00015 KGB**

**NATIONAL BANK OF ARKANSAS**　　　　　　　　　　　**DEFENDANT**

**ORDER**

Before the Court is Defendant National Bank of Arkansas's ("NBA") motion to withdraw the reference (Dkt. No. 1) and notice of related case (Dkt. No. 3).  Plaintiffs have responded to NBA's motion to withdraw the reference (Dkt. No. 6) and NBA has replied to plaintiffs' response (Dkt. No. 8).

NBA's motion to withdraw the reference is granted (Dkt. No. 1).  To resolve plaintiffs' claims against NBA it appears to the Court that it must address substantial and material questions of federal bankruptcy law and state law.  Considering all the material circumstances, NBA has shown good cause for discretionary withdrawal under 28 U.S.C. § 157(d).  The Court thus grants NBA's motion to withdraw the reference (Dkt. No. 1).

The Court further finds pursuant to NBA's notice of related case (Dkt. No. 3) that the instant case is closely related to a prior case decided by Judge J. Leon Holmes in this Court as Case No. 4:12-cv-00619.  The Clerk of Court is thus directed to transfer this case to Judge Holmes.

SO ORDERED this the 30th day of October, 2013.

Kristine G. Baker
United States District Judge